SLIP OPINION

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN THE MATTER OF CHIEF JUSTICE HOWARD W. BRILL | **Opinion Delivered:** December 15, 2016 |

## PER CURIAM

Upon completion of his sixteen-month term as Chief Justice of the Supreme Court of Arkansas, the court expresses its appreciation to Chief Justice Howard W. Brill for his dedicated service to the State of Arkansas and to this court.

Chief Justice Brill graduated from Duke University and earned his J.D. from the University of Florida Law School, where he was editor-in-chief of the law review. He later earned an L.L.M. from the University of Illinois.

Chief Justice Brill served as a judicial law clerk to Judge Robert T. Mann, District Court of Appeal, Florida, from 1970 to 1971, and he practiced law at Spector, Taber & Tappa in Rock Island, Illinois, from 1973 to 1975. In 1975, he began his teaching career at the University of Arkansas School of Law and was named the Vincent Foster Professor of Legal Ethics and Professional Responsibility in 1998. During his tenure at the University of Arkansas School of Law, he taught professional responsibility, remedies, civil procedure,

and domestic relations. He also taught special topic courses on Baseball and the Law, as well as Arkansas Constitutional Law. He received numerous teaching awards over the span of five decades. Chief Justice Brill also spent time as a Peace Corps volunteer in Sokoto, Northern Nigeria.

Governor Asa Hutchison appointed him Chief Justice to the Arkansas Supreme Court in September 2015. We thank Chief Justice Brill for his many contributions to this court.

_____
Justice Paul E. Danielson

_____
Justice Karen R. Baker

_____
Justice Courtney Hudson Goodson

_____
Justice Josephine Linker Hart

_____
Justice Rhonda K. Wood

_____
Justice Robin F. Wynne

# SUPREME COURT OF ARKANSAS

IN THE MATTER OF CHIEF JUSTICE
HOWARD W. BRILL

SLIP OPINION

Opinion Delivered: December 15, 2016

## PER CURIAM

Upon completion of his sixteen-month term as Chief Justice of the Supreme Court of Arkansas, the court expresses its appreciation to Chief Justice Howard W. Brill for his dedicated service to the State of Arkansas and to this court.

Chief Justice Brill graduated from Duke University and earned his J.D. from the University of Florida Law School, where he was editor-in-chief of the law review. He later earned an L.L.M. from the University of Illinois.

Chief Justice Brill served as a judicial law clerk to Judge Robert T. Mann, District Court of Appeal, Florida, from 1970 to 1971, and he practiced law at Spector, Taber & Tappa in Rock Island, Illinois, from 1973 to 1975. In 1975, he began his teaching career at the University of Arkansas School of Law and was named the Vincent Foster Professor of Legal Ethics and Professional Responsibility in 1998. During his tenure at the University of Arkansas School of Law, he taught professional responsibility, remedies, civil procedure, and domestic relations. He also taught special topic courses on Baseball and the Law, as well as Arkansas Constitutional Law. He received numerous teaching awards over the span of five decades. Chief Justice Brill also spent time as a Peace Corps volunteer in Sokoto, Northern Nigeria.

Governor Asa Hutchison appointed him Chief Justice to the Arkansas Supreme Court in September 2015. We thank Chief Justice Brill for his many contributions to this court.

_Paul Danielson_
Justice Paul E. Danielson

_Courtney Hudson Goodson_
Justice Courtney Hudson Goodson

_Rhonda Wood_
Justice Rhonda K. Wood

_Karen R. Baker_
Justice Karen R. Baker

_Josephine Linker Hart_
Justice Josephine Linker Hart

_Robin F. Wynne_
Justice Robin F. Wynne